IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MYERS<br>        Plaintiff<br><br>v.<br><br>THE HARTFORD LIFE AND<br>ACCIDENT INSURANCE CO.,<br>        Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   NO.: 21-cv-4132 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, The Hartford Life and Accident Insurance Co.

Date: October 29, 2021

RESPECTFULLY SUBMITTED,

S/ *Michael J. Parker*
Michael J. Parker, Esquire
PA Bar No.: 93024
Counsel for the Plaintiff, Carol Lester

Pond Lehocky LLP
One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(800) 773-1300

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system, which sent notice of such filing to all parties.

                              RESPECTFULLY SUBMITTED,

                              S/ *Michael J. Parker*
                              Michael J. Parker, Esquire